*T. J. Townsend,* for plaintiff in error. *C. A. Williams,* contra.

23948. DORSEY *v.* WASHINGTON FIDELITY NATIONAL INSURANCE COMPANY.

BROYLES, C. J. The policy of life and accident insurance sued upon, and attached to the petition, provided that the company would not be liable "for dismemberment, disability or death resulting wholly or in part, directly or indirectly, from . . gunshot wounds." The petition sought a recovery for the plaintiff's illness and disability, and alleged that the same was caused by an accidental pistol - shot "at the hands of one Corley." Under the ruling in *Muse* v. *Interstate Life & Accident Co.*,

45 *Ga. App.* 839 (166 S. E. 219), the words "gunshot wounds," as used in the policy, include a wound resulting from a pistol-shot. It follows that the petition failed to set out a cause of action, and was properly dismissed on the written motion of the defendant.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 13, 1934.

*Durwood T. Pye,* for plaintiff.
*J. Lon Duckworth, McElreath & Scott,* for defendant.